**FARUQI & FARUQI LLP**
ATTORNEYS AT LAW

NEW YORK     CALIFORNIA     DELAWARE     GEORGIA     PENNSYLVANIA

**MEMO ENDORSED**

Alex J. Hartzband
ahartzband@faruqilaw.com

December 4, 2019

> The application is  X  granted
> ____ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: December 4, 2019
> New York, New York

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

      Re:    *Christina Santi v. Hot In Here, Inc., et al.*, Civil Action No. 1:18-cv-03028 (ER)

Dear Judge Ramos:

      We represent Plaintiff Christina Santi in the above-referenced action and write jointly with Defendants, pursuant to Section 1(E) of Your Honor's Individual Practices, to respectfully request a brief extension of the parties' December 5, 2019 deadline to submit a revised settlement agreement for approval, abandon their settlement, or dismiss the action without prejudice. *See* ECF No. 57. The parties are actively meeting and conferring over their options and require additional time to discuss this matter. Accordingly, the parties' respectfully request that their deadline be extended to December 13, 2019. This is the parties' first request for an extension of this deadline.

      We thank the Court for its time and attention to this matter.

                                        Respectfully submitted,

                                        Alex J. Hartzband

Cc:    Counsel of Record (*via* ECF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: December 4, 2019
```

685 THIRD AVENUE   NEW YORK, NY 10017   PHONE: 212.983.9330   FAX: 212.983.9331   EmployeeRightsCounsel.com   FaruqiLaw.com