

# MEMO ENDORSED

**Alex J. Hartzband**
ahartzband@faruqilaw.com

December 26, 2019

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

> The application is granted. The deadline to submit a revised settlement agreement is extended from December 27, 2019 to January 24, 2020.
>
> SO ORDERED.
>
> *Vernon S. Broderick* 12/27/2019
> United States District Judge

Re: *Christina Santi v. Hot In Here, Inc., et al.*, Civil Action No. 1:18-cv-03028 (ER)

Dear Judge Ramos:

We represent Plaintiff Christina Santi in the above-referenced action and write jointly with Defendants, pursuant to Section 1(E) of Your Honor's Individual Practices, to respectfully request a brief extension of the parties' December 27, 2019 deadline to submit their settlement agreement for approval, abandon the settlement, or dismiss the action without prejudice. *See* ECF No. 61. After meeting and conferring extensively regarding their options, the parties have resolved to address the issues raised in the Court's November 21, 2019 Order (*see* ECF No. 57) and submit a revised settlement agreement for approval. Accordingly, the parties respectfully request that their deadline be extended to January 24, 2020 to allow them time to revise their agreement and prepare their approval motion. This is the parties' third request for an extension of this deadline.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Alex J. Hartzband

Cc: Counsel of Record (*via* ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: December 26, 2019